IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 14-CR-200$^{63}$ |
| | ) | |
| GEORGE LUIS SALINAS, | ) | Title 21, United States Code, |
| | ) | Section 841. |
| Defendant. | ) | |

INDICTMENT

COUNT 1
(Possession of Methamphetamine with Intent to Distribute)

THE GRAND JURY CHARGES:

On or about October 3, 2014, in Champaign County, in the Central District of Illinois, and elsewhere

**GEORGE LUIS SALINAS,**

defendant herein, did knowingly possess 50 grams or more of methamphetamine, a Schedule II controlled substance, with the intent to distribute it.

In violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(A)(viii).

A TRUE BILL.
s/Foreperson

_____
FOREPERSON

s/John Childress

JAMES A. LEWIS
United States Attorney

ELM