IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 14-CR-20063 |
| | ) |
| GEORGE LUIS SALINAS, | ) |
| | ) |
| Defendant. | ) |

### INFORMATION CONCERNING PRIOR CONVICTION

Pursuant to 21 U.S.C. § 851, the United States of America, by James A. Lewis, United States Attorney for the Central District of Illinois, and Eugene L. Miller, Assistant United States Attorney, respectfully notifies the Court that it intends to rely on the following prior conviction of the defendant as a basis for an increased punishment in this case:

| Offense | Date of Conviction | Docket No. | Jurisdiction |
|---|---|---|---|
| Possession of More than 100 Kilograms of Marijuana With the Intent to Distribute It | 04/24/2007 | 2001 CR 589 | Southern District of Texas McAllen Division |

With a prior conviction for a final felony drug offense, pursuant to 21 U.S.C. § 841(b)(1)(A)(viii), upon a conviction of Count 1 of the Indictment, the defendant shall be sentenced to a term of imprisonment that may not be less than 20 years and not more than life imprisonment, a fine not to exceed $20,000,000, a term of supervised release of at least 10 years in addition to such term of imprisonment, and a mandatory $100 special assessment.

Pursuant to 21 U.S.C. § 851(b), any challenge to a prior conviction that is not made before sentence is imposed may not thereafter be raised to attack the sentence. Pursuant to 21 U.S.C. § 851(c), if the defendant denies any allegation of this information of prior conviction or claims that any conviction alleged is invalid, he should file a written response to the information.

Respectfully submitted,

JAMES A. LEWIS
UNITED STATES ATTORNEY

s/Eugene L. Miller
Eugene L. Miller, Bar No. IL 6209521
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
FAX: 217-373-5891
eugene.miller@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Elisabeth R. Pollock, Esq.
>Assistant Federal Public Defender
>Federal Public Defender's Office
>300 West Main Street
>Urbana, Illinois 61801

>s/ Eugene L. Miller
>Eugene L. Miller, Bar No. IL 6209521
>Assistant United States Attorney
>201 S. Vine St., Suite 226
>Urbana, IL 61802
>Phone: 217/373-5875
>FAX: 217-373-5891
>eugene.miller@usdoj.gov